# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK
# BROOKLYN DIVISION

| | |
|---|---|
| JORGE ROBLES,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>EQUIFAX, LLC,<br><br>　　　　Defendants. | Case No. 1:25-cv-02274<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, Jorge Robles, hereby dismisses the above-titled action in its entirety against Defendant Equifax, LLC.

Dated: April 30, 2025　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　By:　　　*/s/ Jeffrey Lohman*
　　　　　　　　　　　　　　　　Jeffrey Lohman
　　　　　　　　　　　　　　　　Gator Law, P.C.
　　　　　　　　　　　　　　　　2 N Central Avenue, Ste 1800
　　　　　　　　　　　　　　　　Phoenix, AZ 85004
　　　　　　　　　　　　　　　　E: attorneys@gatorlawpc.com
　　　　　　　　　　　　　　　　P: (385) 324-5471
　　　　　　　　　　　　　　　　**Attorney for Plaintiff,**
　　　　　　　　　　　　　　　　**Jorge Robles**

314190726v.1

## CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2025, I served Plaintiff's Notice of Dismissal using the CM/ECF system, which will generate an auto notice to all counsel of record.

                By:    */s/ Jeffrey Lohman*
                      Jeffrey Lohman
                      Gator Law, P.C.
                      2 N Central Avenue, Ste 1800
                      Phoenix, AZ 85004
                      E: attorneys@gatorlawpc.com
                      P: (385) 324-5471
                      **Attorney for Plaintiff,**
                      **Loretta Hamlin**

314190726v.1